UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEPHANIE LASKA and WILLIAM LASKA,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS INC.; and DOES 1 Through 10, inclusive,<br><br>Defendants. | Case No. 4:13-cv-02196-~~DMR~~  MMC<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO STAY; DIRECTIONS TO PARTIES<br><br>~~Date:  August 8, 2013~~<br>~~Time:  11:00 a.m.~~<br>Ctrm:  4 – 3rd Floor<br><br>Complaint Filed:  May 14, 2013 |

**IT IS HEREBY ORDERED** that all proceedings in the above-captioned case are STAYED, including but not limited to any deadline to answer or otherwise respond to the Complaint, the period for initial disclosures pursuant to Rule 26, and all other discovery and pretrial deadlines, pending transfer of this action, pursuant to 28 U.S.C. Section 1407, to *In re: Mirena IUD Products Liability Litigation*, MDL No. 2434 ("MDL-2434"), in the United States District Court for the Southern District of New York.

IT IS FURTHER ORDERED that the parties shall file a Joint Status Report no later than September 13, 2013, in the event the action has not been transfered.

Dated: July 3, 2013

*/s/ Maxine M. Chesney*

United States ~~Magistrate Judge~~ District Judge ~~Donna M. Ryu~~
Maxine M. Chesney

---

1
[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY - CASE NO. 4:13-CV-02196-DMR

384727 V1